Steven A. MARTIN, Plaintiff–
Appellant,

v.

B. McKEE, Associate Warden; M Lea,
Facility C Captain; K.M. Chastain,
Associate Warden; L. Viles, Correc-
tional Officer; J. Johnson, Lieuten-
ant; D.B. Gauthreaux, Correctional
Officer; R. Ramos, Sergeant; D.
Wheeler, Psych; V. Mini, Counselor;
D. Matthews, Correctional Officer; D.
Cade, Defendants–Appellees.

No. 09–17243.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 22, 2014.*

Filed May 2, 2014.

Steven A. Martin, Imperial, CA, pro se.

Diana Esquivel, Deputy Attorney Gen-
eral, California Department of Justice, Of-
fice of the Attorney General, Sacramento,
CA, for Defendants–Appellees.

Before: D.W. NELSON, LEAVY, and
THOMAS, Circuit Judges.

MEMORANDUM **

California prisoner Steven Martin
("Martin") appeals pro se from the entry
of judgment in his 42 U.S.C. § 1983 action,
following a unanimous verdict in appellee

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
See Fed. R.App. P. 34(a)(2).

correctional officers' favor. We have juris-
diction pursuant to 28 U.S.C. § 1291, and
we affirm.

The district court did not err in granting
summary judgment to Captain Lea, Asso-
ciate Warden McKee, Counselor Mini, Ser-
geant Ramos, Psychologist Wheeler, and
Lieutenant Johnson (in part) on Martin's
retaliation claim. Even if we assume,
without deciding, that Martin was engaged
in constitutionally protected conduct, he
has not raised a genuine dispute of materi-
al fact as to whether a nexus existed be-
tween that protected activity and the al-
leged retaliation. *Huskey v. City of San
Jose*, 204 F.3d 893, 899 (9th Cir.2000).

The district court did not err in granting
summary judgment on Martin's access-to-
court claim. Martin failed to raise a genu-
ine dispute of material fact as to whether
Matthews prevented him from bringing an
actionable claim. *See Lewis v. Casey*, 518
U.S. 343, 353, 116 S.Ct. 2174, 135 L.Ed.2d
606 (1996); 02–CV–01058–GEB–JFM
Docket No. 18.

The district court did not err in granting
summary judgment to Captain Lea, Asso-
ciate Warden Chastain, Counselor Cade,
and Psychologist Wheeler for their actions
as a committee. Martin failed to raise a
genuine dispute of material fact as to
whether the committee members took a
retaliatory action by imposing "some form
of punishment" or taking an "adverse reg-
ulatory action." *Brodheim v. Cry*, 584
F.3d 1262, 1271 (9th Cir.2009).

Finally, we affirm the district court's
exclusion of Martin's proposed exhibits.
Even if we presume that the district court
erred, Martin has not shown that any such
error "substantially prejudiced" him.

---

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

*Harper v. City of Los Angeles,* 533 F.3d 1010, 1030 (9th Cir.2008).

We do not consider matters not specifically and distinctly raised and argued in the opening brief, nor arguments raised for the first time on appeal. *See Padgett v. Wright,* 587 F.3d 983, 985 n. 2 (9th Cir.2009) (per curiam).

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.